UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY L. WILLIAMS, JR.,

    Plaintiff,

v.                                                      Case No.  3:22-cv-16791-TKW-ZCB

C. NEELY,

    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 54) and Defendant's objection (Doc. 55).  Plaintiff did not file a response to the objection within the time allowed by Fed. R. Civ P. 72(b)(2).

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the second amended complaint plausibly alleges a deliberate indifference claim.  Specifically, with respect to Defendant's arguments that the allegations in the second amended complaint fail to establish that Plaintiff had an objectively serious medical need, the Court agrees with the magistrate judge's determination that it can be reasonably inferred from Plaintiff's allegation that he presented to Defendant in the medical unit

with his "face swollen, cut and bruised," and Plaintiff's response to Defendant's question about why he was in medical unit ("It's obvious …, look at my face!") that his injuries were "so obvious that even a lay person would easily recognize the need for a doctor's attention." Doc. 54 at 6-7 (quoting *Andujar v. Rodriguez*, 486 F.3d 1199, 1203 (11th Cir. 2007)).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 50) is **DENIED**.

3. This case is referred back to the magistrate judge for further proceedings.

**DONE and ORDERED** this 12th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**